## UNITED STATES DISTRICT COURT
for the

Savannah Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Darius Jamal Collins | ) Case No: 4:14-CR-00023-2 | |
| | ) USM No: 18811-021 | |
| Date of Original Judgment: September 8, 2014 | ) Harry D. Dixon, III & Harry D. Dixon, Jr. | |
| Date of Previous Amended Judgment: Not Applicable | ) Defendant's Attorney | |
| *(Use Date of Last Amended Judgment, if any)* | | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated September 8, 2014, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: FEB. 26, 2015

*Judge's signature*

William T. Moore, Jr.
Judge, U.S. District Court
Southern District of Georgia
*Printed name and title*

Effective Date: November 1, 2015
*(if different from order date)*