PROB 35
(Rev. 6/17)

**Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.   Crim. No.   4:14CR00023-2

Darius Jamal Collins

On April 12, 2016, the above named was placed on supervised release for a period of three years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Darius Jamal Collins be discharged from supervision.

Respectfully submitted,

Ervin G. Frazier, II
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 24th day of May, 2018.

William T. Moore, Jr.
Judge, U.S. District Court

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAY 24 PM 12:00
CLERK
SO. DIST. OF GA.